**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2287**

In re: CHARLETTE DUFRAY JOHNSON,

Petitioner.

On Petition for Writ of Mandamus.
(1:19-cv-00300-DAF)

Submitted: January 21, 2020                                Decided: January 23, 2020

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Charlette Dufray Johnson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlette Dufray Johnson petitions for a writ of mandamus seeking an order directing the district court to grant her summary judgment on her pending habeas petition. We conclude that Johnson is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. U.S. Dist. Court,* 426 U.S. 394, 402 (1976); *United States v. Moussaoui*, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018).

The relief sought by Johnson is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*